# EXHIBIT A

# REGISTER OF ACTIONS
## CASE NO. 2016DCV2467

| | | |
|---|---|---|
| MARCELA ROCHA VS BALFOUR BEATTY MILITARY HOUSING MANAGEMENT, LLC BALFOUR BEATTY COMMUNITIES, LLC and BALFOUR BEATTY MILITARY HOUSING, LLC | § § § § § | Case Type: **Wrongful Termination** Date Filed: **06/30/2016** Location: **168th District Court** |

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Lead Attorneys** |
| Defendant | **Balfour Beatty Communities, LLC** | | **MICHAEL J. DEPONTE** *Retained* 214-520-2400(W) |
| Defendant | **Balfour Beatty Military Housing Management, LLC** | | **MICHAEL J. DEPONTE** *Retained* 214-520-2400(W) |
| Defendant | **Balfour Beatty Military Housing, LLC** | | **MICHAEL J. DEPONTE** *Retained* 214-520-2400(W) |
| Plaintiff | **Rocha, Marcela** | | **GEORGE P ANDRITSOS** *Retained* 915-566-9995(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 06/30/2016 | **Original Petition (OCA)      Doc ID# 1** | | |
| 06/30/2016 | **Case Information Sheet      Doc ID# 2** | | |
| 06/30/2016 | **E-File Event Original Filing** | | |
| 07/01/2016 | **Jury Demand      Doc ID# 3** | | |
| 07/08/2016 | **Citation** | | |
| | Balfour Beatty Military Housing Management, LLC | Served Response Due Returned | 07/11/2016 08/01/2016 07/18/2016 |
| | Balfour Beatty Communities, LLC | Served Response Due Returned | 07/11/2016 08/01/2016 07/18/2016 |
| | Balfour Beatty Military Housing, LLC | Served Response Due Returned | 07/11/2016 08/01/2016 07/18/2016 |
| 08/01/2016 | **Answer      Doc ID# 7** | | |

# EXHIBIT A-1

El Paso County - 168th District Court

Filed 6/30/2016 9:35:03 AM
Norma L. Favela
District Clerk
El Paso County
2016DCV2467

| | |
|---|---|
| MARCELA ROCHA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| BALFOUR BEATTY MILITARY | § |
| HOUSING MANAGEMENT, LLC, | § |
| BALFOUR BEATTY | § |
| COMMUNITIES, LLC and | § |
| BALFOUR BEATTY MILITARY | § |
| HOUSING, LLC, | § |
| | § |
| Defendants. | § |

Cause No. 2016-DCV

## PLAINTIFF'S ORIGINAL PETITION

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **MARCELA ROCHA**, hereinafter referred to as Plaintiff in the above-styled and numbered cause, complaining of **BALFOUR BEATTY MILITARY HOUSING MANAGEMENT, LLC, BALFOUR BEATTY COMMUNITIES, LLC and BALFOUR BEATTY MILITARY HOUSING, LLC**, hereinafter called Defendants, and for cause of action would respectfully show the Court and jury the following:

### I. DISCOVERY CONTROL PLAN

Discovery Control Plan Level III. Discovery is intended to be conducted under Level III of Rule 190 of the Texas Rules of Civil Procedure.

### II. PARTIES

Plaintiff (SS#086) is a female individual who resides in El Paso County, Texas.

Defendant **BALFOUR BEATTY MILITARY HOUSING MANAGEMENT, LLC** is a corporation licensed to do business in the State of Texas, whose registered agent for service is **CORPORATION SERVICE COMPANY** and they may be served with citation at **211 E. 7TH STREET, SUITE 620, AUSTIN, TEXAS 78701**, or wherever they may be found.

Defendant **BALFOUR BEATTY COMMUNITIES, LLC** is a corporation licensed to do business in the State of Texas, whose registered agent for service is **CORPORATION SERVICE COMPANY** and they may be served with citation at **211 E. 7TH STREET, SUITE 620, AUSTIN, TEXAS 78701,** or wherever they may be found.

Defendant **BALFOUR BEATTY MILITARY HOUSING, LLC** is a corporation licensed to do business in the State of Texas, whose registered agent for service is **CORPORATION SERVICE COMPANY** and they may be served with citation at **211 E. 7TH STREET, SUITE 620, AUSTIN, TEXAS 78701,** or wherever they may be found.

### III. JURISDICTION AND VENUE

Plaintiff brings this cause of action pursuant to *Texas Labor Code §21.001 et seq*.

Venue is proper in this Court because a substantial portion of the facts giving rise to this claim occurred here.

### IV. FACTS

Plaintiff was hired by Defendants in El Paso County, Texas as a Resident Specialist.

In June of 2014 Plaintiff notified her employer that she was pregnant. Shortly thereafter, Plaintiff was subjected to discriminatory treatment by her manager, Lauren Serrano. Ms. Serrano transferred Plaintiff almost immediately after having been told of Plaintiff's pregnancy. Ms. Serrano began to criticize and scrutinize Plaintiff's work performance. Thereafter, on or about September 16, 2014, Plaintiff was terminated for an alleged error on her time sheet. Plaintiff's time sheet had been adjusted by Ms. Serrano several times without Plaintiff's knowledge or consent and without the approval of Plaintiff's supervisor. Plaintiff was terminated without reason or justification. Plaintiff did not violate any company policy and denied any conduct that could have resulted in disciplinary action, including termination. Defendants failed to follow any non-discriminatory policy in making the decision to terminate Plaintiff. Plaintiff was treated less favorable than other employees.

Plaintiff was replaced with an individual who was not pregnant. Plaintiff was awarded her unemployment benefits and a determination issued by the Texas Workforce Commission found no misconduct on behalf of Plaintiff related to her termination. Plaintiff alleges she was terminated for reasons unsupported by evidence under pre-text. Plaintiff further alleges that her sex/pregnancy was a motivating factor in the decision to terminate her employment.

Plaintiff has been unable to obtain alternate employment which compensates her at the pay rate which she earned while employed by Defendants or provides the same benefits she earned while employed by Defendants. As a matter of reasonable probability, Plaintiff will be unable to obtain such alternate employment for a period of time in the future. Plaintiff has therefore sustained damages in the form of back pay or lost wages in the past and front pay or lost wages in the future, as well as the loss of past and future benefits of employment.

As a proximate result of her termination, Plaintiff has experienced emotional pain, suffering, inconvenience, mental anguish, and a loss of enjoyment of life, and as a matter of reasonable probability, Plaintiff will continue to experience emotional pain, suffering, inconvenience, mental anguish, and a loss of enjoyment of life for a period of time in the future.

Plaintiff has been forced to retain the undersigned counsel to protect and enforce her rights, and has incurred the obligation to pay reasonable and necessary attorney fees.

## V. ADMINISTRATIVE REQUISITES ARE SATISFIED

On or about January 20, 2015, Plaintiff filed a formal charge of discrimination bearing charge no. 453201500331 simultaneously with the Equal Employment Opportunity Commission (E.E.O.C.) and the Texas Workforce Commission Civil Rights Division. On or after May 13, 2016, Plaintiff was issued a Notice of Right to Sue from the Equal Employment Opportunity Commission on charge no. 453201500331.

This petition was timely filed and all conditions precedent to the filing of this suit have been

performed or have occurred.

## VI. CAUSES OF ACTION

Plaintiff brings this cause of action pursuant to *Texas Labor Code §21.001 et seq*.

The above-described acts and omissions of Defendants in discriminating against Plaintiff on the basis of her sex/pregnancy are in violation of *§21.001 et seq. of the Texas Labor Code*. The discriminatory actions of Defendants were the proximate cause of damages to Plaintiff as more particularly described below.

## VII. DAMAGES

The damages proximately caused to Plaintiff by Defendants' conduct include back pay and benefits, front pay and benefits, compensatory damages, reasonable and necessary attorney's fees, reinstatement, pre-judgment and post-judgment interest as allowed by law and costs of Court. Pursuant to Texas Rule of Civil Procedure 47, Plaintiff pleads that she seeks an award for all of the above in an amount of monetary relief of less than One Hundred Thousand dollars ($100,000.00) and non-monetary relief. Plaintiff seeks an award for all of the above in the maximum amount of Seventy-Four Thousand Nine Hundred Ninety-Nine dollars ($74,999.00) including the value of any non-monetary recovery, excluding interest and costs as evidenced by the sworn stipulation attached hereto as Exhibit "A".

## VIII. PRAYER

**WHEREFORE PREMISES CONSIDERED**, Plaintiff requests that Defendants be cited to appear herein, and that following a trial by jury, that the Court enter judgment in her favor against Defendants, and award Plaintiff her actual damages as set forth above, compensatory damages, reasonable and necessary attorney's fees through the appeal process, reinstatement, pre-judgment

and post-judgment interest as allowed by law, costs of court, and for such other and further relief, at law or in equity, to which Plaintiff may be entitled, all in the maximum amount of Seventy-Four Thousand Nine Hundred Ninety-Nine dollars ($74,999.00), exclusive of interest and costs of Court, including the value of any non-monetary recovery.

Respectfully submitted,

_/s/  George P. Andritsos_____
GEORGE P. ANDRITSOS
Attorney for Plaintiff
3116 Montana
El Paso, Texas 79903
Tel: (915) 566-9995
Fax: (915) 566-9996
Email: george@andritsos.com
State Bar No. 00786987



A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By_____
Deputy
AUG 10 2016

## SWORN STIPULATION

STATE OF TEXAS )
)
COUNTY OF EL PASO )

My name is MARCELA ROCHA and I am the Plaintiff in this cause. I have personal knowledge of every statement herein. Every statement herein is true and correct.

By this stipulation, I swear and stipulate that the amount in controversy in this case is no more than $74,999.00, plus interest and costs. I verify and stipulate that the amount I seek to recover in this case, including the value of any non-monetary recovery, is no more than $74,999.00, plus interest and costs.

I agree to waive and hereby do waive any recovery in this case, whether it be for actual damages, punitive damages, attorney fees, reinstatement or other non-monetary recovery, or any other possible category of recovery, in any amount totaling in excess of $74,999.00, plus interest and costs.

If a judgment is entered in this case in an amount in excess of $74,999.00, plus interest and costs, including the value of reinstatement or other non-monetary recovery, I will not execute on the amount exceeding that amount. I waive any right to execute on the portion of any judgment in this case which exceeds $74,999.00, plus interest and costs.

By the phrase "interest and costs," as those terms are used herein, I intend those terms to have the same meaning as they have under the federal removal statute, which I understand is 28 U.S.C. section 1332.

I intend for this stipulation to be binding on me and my heirs, successors, and assigns, and anyone acting on my behalf.

I agree that this stipulation is irrevocable, and forever bars any recovery in this case in excess of $74,999.00, including all monetary recovery and the value of all non-monetary recovery, plus interest and costs.

I swear and stipulate to all of the foregoing.

Signed: _M. Rocha_

Print name: _Marcela Rocha_

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this the 19th day of May, 2016.

_____
Notary Public in and for
The State of Texas

My commission expires: 6-25-20



ANDREA D. PACHECO
My Notary ID # 124967495
Expires June 25, 2020

EXHIBIT

A

# EXHIBIT A-2

El Paso County - 168th District Court

Filed 6/30/2016 9:35:03 AM
Norma L. Favela
District Clerk
El Paso County
2016DCV2467

## CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____ COURT *(FOR CLERK USE ONLY)*: _____

STYLED _____ Marcela Rocha v. Balfour Beatty Military Housing Management, LLC, et. al. _____

(e.g. John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact Information for person completing case information sheet: | | Names of parties in case: | Person or entity completing case information sheet is: |
|---|---|---|---|
| Name:<br>George P. Andritsos | Email:<br>george@andritsos.com | Plaintiff(s)/Petitioner(s):<br>Marcela Rocha | ☐ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| Address:<br>3116 Montana | Telephone:<br>(915) 566-9995 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br>El Paso, Texas 79903 | Fax:<br>(915) 566-9996 | Defendant(s)/Respondent(s):<br>Balfour Beatty Military Housing<br>Management, LLC, et. al. | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature:<br>George P. Andritsos | State Bar No:<br>00786987 | [Attach additional page as necessary to list all parties] | Presumed Father: |

### 2. Indicate case type, or identify the most important issue in the case (select only 1):

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-Judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br> ☐ Accounting<br> ☐ Legal<br> ☐ Medical<br> ☐ Other Professional<br>   Liability:<br><br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br> ☐ Asbestos/Silica<br> ☐ Other Product Liability<br>   List Product:<br><br>☐ Other Injury or Damage: | ☐ Eminent Domain/<br>   Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br>   Pre-indictment<br>☐ Other: _____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br> ☐ With Children<br> ☐ No Children<br><br>**Other Family Law**<br>☐ Enforce Foreign<br>   Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities<br>   of Minority<br>☐ Other: | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with<br>   Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental<br>   Rights<br>☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☒ Discrimination<br>☐ Retaliation<br>☒ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair<br>   Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: _____ | | |
| **Tax** | **Probate & Mental Health** | | | |
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ | | |

### 3. Indicate procedure or remedy, if applicable (may select more than 1):

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court | ☐ Declaratory Judgment | ☐ Prejudgment Remedy |
| ☐ Arbitration-related | ☐ Garnishment | ☐ Protective Order |
| ☐ Attachment | ☐ Interpleader | ☐ Receiver |
| ☐ Bill of Review | ☐ License | ☐ Sequestration |
| ☐ Certiorari | ☐ Mandamus | ☐ Temporary Restraining Order/Injunction |
| ☐ Class Action | ☐ Post-judgment | ☐ Turnover |

### 4. Indicate damages sought (do not select if it is a family law case):

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☒ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By: _____
Deputy
AUG 10 2016

Rev 2/13

# EXHIBIT A-3

El Paso County - 168th District Court

Filed 7/1/2016 10:20:35 AM
Norma L. Favela
District Clerk
El Paso County
2016DCV2467

## IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

### 168TH JUDICIAL DISTRICT

| | | |
|---|---|---|
| MARCELA ROCHA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 2016-DCV2467 |
| | § | |
| BALFOUR BEATTY MILITARY | § | |
| HOUSING MANAGEMENT, LLC, | § | |
| BALFOUR BEATTY | § | |
| COMMUNITIES, LLC and | § | |
| BALFOUR BEATTY MILITARY | § | |
| HOUSING, LLC, | § | |
| | § | |
| Defendants. | § | |

## DEMAND FOR JURY TRIAL

TO THE DISTRICT CLERK:

Please take notice that **MARCELA ROCHA,** Plaintiff in the above entitled and numbered cause, hereby demands a jury trial of such cause.

Pursuant to Rule 216 of the Rules of Civil Procedure, I have made payment to the order of the Clerk of the Court for the jury fee.

All other attorneys of record and parties not represented by counsel in this cause will be notified of this demand for jury trial by copy of this demand.

Respectfully submitted,

_/s/ George P. Andritsos_
GEORGE P. ANDRITSOS
Attorney for Plaintiff
3116 Montana Avenue
El Paso, Texas 79903
Tel: (915) 566-9995
Fax: (915) 566-9996
Email: george@andritsos.com
State Bar No. 00786987



A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By
Deputy
AUG 10 2016

# EXHIBIT A-4

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:  BALFOUR BEATTY MILITARY HOUSING MANAGEMENT, LLC, who may be served with process by serving its registered agent CORPORATION SERVICE COMPANY at 211 E. 7TH STREET, SUITE 620  AUSTIN, TX  78701 or wherever they may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 168th Judicial District Court, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 30th day of June, 2016, by Attorney at Law GEORGE P. ANDRITSOS, 3116 MONTANA, EL PASO, TX  79903 in this case numbered **2016DCV2467** on the docket of said court, and styled:

**MARCELA ROCHA**
vs.
**BALFOUR BEATTY MILITARY HOUSING MANAGEMENT, LLC BALFOUR BEATTY COMMUNITIES, LLC and BALFOUR BEATTY MILITARY HOUSING, LLC**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition, Demand for Trial, accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at El Paso, Texas, on this the 8th day of July, 2016.

Attest: NORMA L. FAVELA, District Clerk, El Paso County, Texas

| | |
|---|---|
| CLERK OF THE COURT<br>**NORMA L. FAVELA**<br>District Clerk<br>El Paso County Courthouse<br>500 E. San Antonio Ave, RM 103<br>El Paso Texas, 79901 | _____, Deputy<br>Edith Miledi<br><br>CERTIFICATE OF DELIVERY BY MAIL<br>I hereby certify that on the _____ day of<br>_____, 2016, at _____ I mailed to |

**ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE**
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

_____

_____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition & Demand for Jury Trial attached thereto.

| *NAME OF PREPARER | TITLE |
|---|---|
| **ADDRESS** | |
| **CITY** | STATE ZIP |

**A TRUE COPY, I CERTIFY**
NORMA L. FAVELA, District Clerk
By _____
Deputy
AUG 10 2016

## RETURN OF SERVICE

Delivery was completed on _____, delivered to_____

_____ as evidence by Domestic Return Receipt PS Form 3811

attached hereto.

    The described documents were not delivered to the named recipient. The certified mail envelope was returned

undelivered marked _____.

    This forwarding address was provided:_____


El Paso County, Texas

By:_____
            Deputy District Clerk

OR

_____
        Name of Authorized Person

By:_____


## VERIFICATION BY AUTHORIZED PERSON

State of Texas

County of El Paso

    Before me, a notary public, on this day personally appeared _____, known to me to be the person

whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am

disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and

correct."


Subscribed and sworn to be on this _____ day

of _____, _____.


_____

Notary Public, State of _____

My commission expires:_____



# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: BALFOUR BEATTY MILITARY HOUSING, LLC, who may be served with process by serving its registered agent CORPORATION SERVICE COMPANY at 211 E. 7TH STREET, SUITE 620 AUSTIN, TX 78701 or wherever they may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 168th Judicial District Court, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 30th day of June, 2016, by Attorney at Law GEORGE P. ANDRITSOS, 3116 MONTANA, EL PASO, TX 79903 in this case numbered **2016DCV2467** on the docket of said court, and styled:

MARCELA ROCHA

vs.

BALFOUR BEATTY MILITARY HOUSING MANAGEMENT, LLC BALFOUR BEATTY COMMUNITIES, LLC and BALFOUR BEATTY MILITARY HOUSING, LLC

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition, Demand for Trial, accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 8th day of July, 2016.

Attest: NORMA L. FAVELA, District Clerk, El Paso County, Texas

CLERK OF THE COURT
**NORMA L. FAVELA**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

_____, Deputy
Edith Miledi

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE

Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the _____ day of _____, 2016, at _____ I mailed to

_____

_____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition & Demand for Jury Trial attached thereto.

| *NAME OF PREPARER | TITLE |
| --- | --- |
| ADDRESS | |
| CITY | STATE | ZIP |

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk

By _____
Deputy

AUG 10 2016



## RETURN OF SERVICE

Delivery was completed on _____, delivered to_____

_____ as evidence by Domestic Return Receipt PS Form 3811

attached hereto.

    The described documents were not delivered to the named recipient. The certified mail envelope was returned

undelivered marked _____.

    This forwarding address was provided:_____

El Paso County, Texas

By:_____

           Deputy District Clerk

OR

_____

Name of Authorized Person

By:_____

## VERIFICATION BY AUTHORIZED PERSON

State of Texas

County of El Paso

    Before me, a notary public, on this day personally appeared _____, known to me to be the person

whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am

disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and

correct."

Subscribed and sworn to be on this _____ day

of _____, _____.

_____

Notary Public, State of _____

My commission expires:_____

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:  BALFOUR BEATTY COMMUNITIES, LLC, who may be served with process by serving its registered agent CORPORATION SERVICE COMPANY at 211 E. 7TH STREET, SUITE 620  AUSTIN, TX  78701 or wherever they may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 168th Judicial District Court, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 30th day of June, 2016, by Attorney at Law GEORGE P. ANDRITSOS, 3116 MONTANA, EL PASO, TX  79903 in this case numbered 2016DCV2467 on the docket of said court, and styled:

MARCELA ROCHA

vs.

BALFOUR BEATTY MILITARY HOUSING MANAGEMENT, LLC BALFOUR BEATTY COMMUNITIES, LLC and BALFOUR BEATTY MILITARY HOUSING, LLC

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition, Demand for Trial, accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 8th day of July, 2016.

Attest: NORMA L. FAVELA, District Clerk, El Paso County, Texas.

CLERK OF THE COURT
**NORMA L. FAVELA**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM
El Paso Texas, 79901

**ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE**
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

_____, Deputy
Edith Miledi
CERTIFICATE OF DELIVERY BY MAIL
I hereby certify that on the _____ day of _____, 2016, at _____ I mailed to

_____

_____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition & Demand for Jury Trial attached thereto.

| *NAME OF PREPARER | TITLE |
|---|---|
| ADDRESS | |
| CITY | ZIP |

A TRUE COPY I CERTIFY
NORMA L. FAVELA, District Clerk

By _____
Deputy

AUG 10 2016



## RETURN OF SERVICE

Delivery was completed on _____, delivered to_____

_____ as evidence by Domestic Return Receipt PS Form 3811

attached hereto.

     The described documents were not delivered to the named recipient. The certified mail envelope was returned

undelivered marked _____.

     This forwarding address was provided:_____


                          El Paso County, Texas

                 By:_____
                         Deputy District Clerk

                              OR

                 _____
                         Name of Authorized Person

                 By:_____


## VERIFICATION BY AUTHORIZED PERSON

State of Texas

County of El Paso

     Before me, a notary public, on this day personally appeared _____, known to me to be the person

whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am

disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and

correct."


                 Subscribed and sworn to be on this _____ day

                 of _____, _____.


                 _____
                 Notary Public, State of _____

                 My commission expires:_____

□ AGENT
☒ ATTY    **GEORGE ANDRITSOS**
□ SHERIFF

DATE RECEIVED: 7-5-16

□ CONSTABLE

FILED
NORMA L FAVELA
DISTRICT CLERK

CAUSE NO:  2016-DCV2467

2016 JUL -5 PM 1: 26

EL PASO COUNTY, TEXAS

Individual Requesting Service:    **GEORGE P. ANDRITSOS**

| | |
|---|---|
| □ CAPIAS | □ NOTICE TO SHOW CAUSE |
| □ CITATION PERSONAL SERVICE | □ PROTECTIVE ORDER |
| ☒ CITATION BY MAIL | □ SUBPOENA(S) |
| □ CITATION NON-RESIDENT | □ TRO |
| □ CITATION BY PUBLICATION | □ OTHER: |

☒ PAUPER'S

(3)

Clerk who issued:               Date finished: 07,08,16

Rec'd By:               Date: 7-8-16

*Attn. Please review your request for accuracy; The District Clerks Office is not responsible for any errors after the request is received by the Requesting Individual.



A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By_____ Deputy
AUG 10 2016

FILED
NORMA L. FAVELA
DISTRICT CLERK

2016 JUL -8  PM 3: 56

EL PASO COUNTY, TEXAS

BY_____ DEPUTY



# EXHIBIT A-5

El Paso County - 168th District Court

Filed 7/18/2016 3:17:07 PM
Norma L. Favela
District Clerk
El Paso County
2016DCV2467

**RETURN OF SERVICE**

Delivery was completed on ___July 11, 2016___, delivered to ___Balfour Beatty___
___Military Housing Management LLC___ as evidence by Domestic Return Receipt PS Form 3811
attached hereto.

The described documents were not delivered to the named recipient. The certified mail envelope was returned
undelivered marked _____.

This forwarding address was provided:_____

El Paso County, Texas

By:_____
Deputy District Clerk

OR

___GLORIA ZUBIA___
Name of Authorized Person

By: _____

**VERIFICATION BY AUTHORIZED PERSON**

State of Texas

County of El Paso

Before me, a notary public, on this day personally appeared ___GLORIA ZUBIA___ known to me to be the person
whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am
disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and
correct."

Subscribed and sworn to be on this _15th_ day
of ___July___, _2016_.

_____
Notary Public, State of ___Texas___

My commission expires: _6-25-20_

ANDREA D. PACHECO
Notary ID # 124967795
Expires June 25, 2020

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By_____
Deputy

AUG 10 2016

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **BALFOUR BEATTY MILITARY HOUSING MANAGEMENT, LLC,** who may be served with process by serving its registered agent **CORPORATION SERVICE COMPANY at 211 E. 7TH STREET, SUITE 620 AUSTIN, TX 78701 or wherever they may be found**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **168th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 30th day of June, 2016, by Attorney at Law GEORGE P. ANDRITSOS, 3116 MONTANA, EL PASO, TX 79903 in this case numbered **2016DCV2467** on the docket of said court, and styled:

**MARCELA ROCHA**
**vs.**
**BALFOUR BEATTY MILITARY HOUSING MANAGEMENT, LLC BALFOUR BEATTY COMMUNITIES, LLC and BALFOUR BEATTY MILITARY HOUSING, LLC**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition, Demand for Trial, accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 8th day of July, 2016.

Attest: NORMA L. FAVELA, District Clerk, El Paso County, Texas,

By _____, Deputy
Edith Miledi

CLERK OF THE COURT
**NORMA L. FAVELA**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

| *NAME OF PREPARER | | TITLE |
|---|---|---|
| ADDRESS | | |
| CITY | STATE | ZIP |

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the _8th_ day of _July_, 2016, at _4:30_ A-mailed to _Balfour Beatty Military Housing Management LLC_

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition & Demand for Jury Trial attached thereto.

_____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BALFOUR BEATTY MILITARY
HOUSING MANAGEMENT, LLC
by serving their agent
CORPORATION SERVICE COMPANY
211 E. 7th Street #620
Autsin, Texas 78701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 JUL 1 1 2016

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered             ☐ Return Receipt for Merchandise
   ☐ Insured Mail           ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service la)    7013 0600 0002 3714 6707

PS Form 3811, July 2013          Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

AUSTIN, TX 78701

Postage   $3.30
Certified Fee   $0.00
Return Receipt Fee
(Endorsement Required)   $0.00
Restricted Delivery Fee
(Endorsement Required)   $0.00
Total Postage & Fees   $   $6.60

Sent To  Balfour Beatty Military Housing
Street, Apt. No;  Management LLC by serving their agent
or PO Box No.  Corporation Service Company
City, State, ZIP+4  211 E. 7th Street #620
                    Austin, TX 78701

7013 0600 0002 3714 6707

PS Form 3800, August 2006          See Reverse for Instructions



El Paso County - 168th District Court

Filed 7/18/2016 3:25:52 PM
Norma L. Favela
District Clerk
El Paso County
2016DCV2467

**RETURN OF SERVICE**

Delivery was completed on _July 11, 2016_, delivered to _Balfour Beatty Military Housing LLC_ as evidence by Domestic Return Receipt PS Form 3811 attached hereto.

The described documents were not delivered to the named recipient. The certified mail envelope was returned undelivered marked _____.

This forwarding address was provided:_____

El Paso County, Texas

By:_____
Deputy District Clerk

OR

_GLORIA ZUBIA_
Name of Authorized Person

By:_____

**VERIFICATION BY AUTHORIZED PERSON**

State of Texas
County of El Paso

Before me, a notary public, on this day personally appeared _GLORIA ZUBIA_ known to me to be the person whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and correct."

Subscribed and sworn to be on this _15th_ day of _July_, _2016_

_____
Notary Public, State of _Texas_
My commission expires: _6-25-20_

ANDREA D. PACHECO
My Notary ID # 124967795
Expires June 25, 2020

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By_____
Deputy
AUG 10 2016

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:  BALFOUR BEATTY MILITARY HOUSING, LLC, who may be served with process by serving its registered agent CORPORATION SERVICE COMPANY at 211 E. 7TH STREET, SUITE 620  AUSTIN, TX  78701 or wherever they may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 168th Judicial District Court, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 30th day of June, 2016, by Attorney at Law GEORGE P. ANDRITSOS, 3116 MONTANA, EL PASO, TX  79903 in this case numbered 2016DCV2467 on the docket of said court, and styled:

**MARCELA ROCHA**
vs.
**BALFOUR BEATTY MILITARY HOUSING MANAGEMENT, LLC BALFOUR BEATTY COMMUNITIES, LLC and BALFOUR BEATTY MILITARY HOUSING, LLC**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition, Demand for Trial, accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 8th day of July, 2016.

Attest: NORMA L. FAVELA, District Clerk, El Paso County, Texas

CLERK OF THE COURT
**NORMA L. FAVELA**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

By _____, Deputy
Edith Miledi

CERTIFICATE OF DELIVERY BY MAIL
I hereby certify that on the __8th__ day of __July__, 2016, at __4:30__ mailed to __Balfour Beatty Military Housing, LLC by suy agnt__

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition & Demand for Jury Trial attached thereto.

---

| *NAME OF PREPARER | | TITLE |
|---|---|---|
| ADDRESS | | |
| CITY | STATE | ZIP |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery<br>JUL 11 2016 |
| 1. Article Addressed to:<br><br>BALFOUR BEATTY MILITARY<br>HOUSING, LLC<br>by serving their agent<br>CORPORATION SERVICE COMPANY<br>211 E. 7th Street #620<br>Austin, Texas 78701 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail® ☐ Priority Mail Express™<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ Collect on Delivery |
| | 4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service)* | 7013 0600 0002 3714 6691 |

PS Form 3811, July 2013          Domestic Return Receipt



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

AUSTIN, TX 78701

Postage   $3.30
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)   $0.68
Total Postage & Fees   $ $6.68

Sent To   Balfour Beatty Military Housing LLC
Street, Apt. No;   by serving their agent Corporation Service Company
or PO Box No.   211 E 7th Street #620
City, State, ZIP+4   Austin, TX 78701

PS Form 3800, August 2006          See Reverse for Instructions



El Paso County - 168th District Court

Filed 7/18/2016 3:13:59 PM
Norma L. Favela
District Clerk
El Paso County
2016DCV2467

**RETURN OF SERVICE**

Delivery was completed on _July 11, 2016_____, delivered to _Balfour Beatty_
_Communities , LLC_____ as evidence by Domestic Return Receipt PS Form 3811
attached hereto.

The described documents were not delivered to the named recipient. The certified mail envelope was returned
undelivered marked _____.

This forwarding address was provided:_____

El Paso County, Texas

By:_____
Deputy District Clerk

OR

_GLORIA ZUBIA_
Name of Authorized Person

By: _Gloria Zubia_

**VERIFICATION BY AUTHORIZED PERSON**

State of Texas
County of El Paso

Before me, a notary public, on this day personally appeared _GLORIA ZUBIA_ known to me to be the person
whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am
disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and
correct."

Subscribed and sworn to be on this _15th_ day
of _July_____, _2016_____.

_Andrea D Pacheco_
Notary Public, State of _Texas_____
My commission expires: _6-25-20_____

ANDREA D. PACHECO
My Notary ID # 124967795
Expires June 25, 2020

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By_____
Deputy
AUG 10 2016

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:   BALFOUR BEATTY COMMUNITIES, LLC, who may be served with process by serving its registered agent CORPORATION SERVICE COMPANY at 211 E. 7TH STREET, SUITE 620  AUSTIN, TX  78701 or wherever they may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 168th Judicial District Court, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 30th day of June, 2016, by Attorney at Law GEORGE P. ANDRITSOS, 3116 MONTANA, EL PASO, TX  79903 in this case numbered 2016DCV2467 on the docket of said court, and styled:

## MARCELA ROCHA
### vs.
## BALFOUR BEATTY MILITARY HOUSING MANAGEMENT, LLC BALFOUR BEATTY COMMUNITIES, LLC and BALFOUR BEATTY MILITARY HOUSING, LLC

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition, Demand for Trial, accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 8th day of July, 2016.

Attest: NORMA L. FAVELA, District Clerk, El Paso County, Texas.

_____, Deputy
Edith Miledi

CLERK OF THE COURT
NORMA L. FAVELA
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM
El Paso Texas, 79901

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

CERTIFICATE OF DELIVERY BY MAIL
hereby certify that on the  8th  day of
July  , 2016, at  4:30  I mailed to
Balfour Beatty Communities
LLC by sng thin agnt
Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition & Demand for Jury Trial attached thereto.

_____

| *NAME OF PREPARER | | TITLE |
|---|---|---|
| ADDRESS | | |
| CITY | STATE | ZIP |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery  JUL 1 1 2016 |
| 1. Article Addressed to:<br><br>BALFOUR BEATTY COMMUNITIES LLC<br>by serving their agent<br>CORPORATION SERVICE COMPANY<br>211 E. 7th Street #620<br>Austin, Texas 78701 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail® ☐ Priority Mail Express™<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ Collect on Delivery<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*  7013 0600 0002 3714 6684 | |

PS Form 3811, July 2013          Domestic Return Receipt





# EXHIBIT A-6

El Paso County - 168th District Court

Filed 8/1/2016 7:54:35 AM
Norma L. Favela
District Clerk
El Paso County
2016DCV2467

CAUSE NO. 2016-DCV-2467

| | | |
|---|---|---|
| MARCELA ROCHA, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | EL PASO COUNTY, TEXAS |
| | § | |
| BALFOUR BEATTY MILITARY | § | |
| HOUSING MANAGEMENT, LLC, | § | |
| BALFOUR BEATTY COMMUNITIES, | § | |
| LLC and BALFOUR BEATTY MILITARY | § | |
| HOUSING, LLC, | § | |
| | § | |
| Defendant. | § | 168th JUDICIAL DISTRICT |

## DEFENDANTS' ANSWER TO PLAINTIFF'S ORIGINAL PETITION

Defendants Balfour Beatty Military Housing Management, LLC, Balfour Beatty
Communities, LLC and Balfour Beatty Military Housing, LLC (collectively "Defendants"), file
their Answer to Plaintiff's Original Petition, and state as follows:

### I.     GENERAL DENIAL

Defendants enter a general denial pursuant to Texas Rule of Civil Procedure 92
and requests that Plaintiff be required to prove all facts necessary to establish her causes of
action by a preponderance of the evidence.

### II.     DEFENSES

1.     Plaintiff's Original Petition fails to state a claim upon which relief can be
granted.

2.     Plaintiff's claims are barred by waiver, laches, consent and/or estoppel.

3.     Plaintiff's alleged claims are barred under the doctrine of unclean hands.

4.     Plaintiff has not alleged any conduct that would constitute, and cannot

5.     Plaintiff's claims are barred in whole or in part because Plaintiff failed to take reasonable steps to mitigate her alleged damages, if any.

6.     Plaintiff cannot establish a causal connection between any alleged protected activity and any alleged materially adverse action.

7.     Defendants are not responsible for any expenses or damages allegedly incurred by Plaintiff due to Plaintiff's own acts, conduct, negligence, and/or failure to exercise reasonable care.

8.     Plaintiff's claims for relief are barred, in whole or in part, by the applicable statute of limitations and due to Plaintiff's failure to exhaust her administrative remedies.

9.     Plaintiff's claims for relief are barred, in whole or in part, by the after acquired evidence doctrine, as provided for under *McKennon v. Nashville Banner*, 513 U.S. 352 (1995).

10.    Any losses suffered by Plaintiff were not consequence of, or in reliance upon, any acts or omissions of Defendants, either directly or indirectly.

11.    Defendants assert that in the event Plaintiff recovers any amount against it in these proceedings, Defendants respectfully requests that the Court offset said amount by any amount Plaintiff has already received or is scheduled to receive from any and all other applicable parties and/or sources.

12.    All employment decisions regarding Plaintiff were based on standards, qualification and/or criteria that are job-related and consistent with business necessity.

13.     To the extent Plaintiff was damaged at all, such damages were proximately caused in whole or in part by the conduct or fault of persons or entities other than Defendants.

14.     Plaintiff is not entitled to recover any punitive damages, the existence of which damages Defendants specifically deny, because Plaintiff has not set forth and cannot set for facts sufficient to support a claim under any state or federal law for such damages, because Defendants adopted policies and practices in support of its non-discrimination and non-retaliation obligations under law, and in good faith attempted to comply with those obligations.

15.     If any employee engaged in conduct with respect to Plaintiff as alleged in her Petition, which Defendants specifically deny, that employee lacked sufficient authority to subject Defendants to punitive damages.

16.     Defendants assert that any damages sought by Plaintiff (including without limitation, exemplary or punitive damages) should be limited in accordance with the provisions of any applicable statutory damage caps, including but not limited to those under Chapter 41 of the Texas Civil Practices and Remedies Code and TEX. LAB. CODE § 21.2585.

17.     Plaintiff's claims are barred in whole or in part because Defendants took prompt, effective, remedial action to end all objectionable conduct when it became aware of such objectionable conduct, the awareness and existence of which conduct Defendants specifically deny.

18.     Defendants assert that any alleged tangible employment action taken by it against Plaintiff was not casually related to the acceptance or rejection of the alleged discriminatory conduct.

19.     To the extent Plaintiff establishes that prohibited and lawful considerations motivated the employment decision at issue, Defendants assert they would have made the same decision for lawful reasons regardless of any prohibited motive; nonetheless, Defendants deny that unlawful motives played any role whatsoever in Plaintiff's employment.

20.     If any improper, illegal, harassing or discriminatory acts were taken by any of Defendants' employees against Plaintiff, it was outside the course and scope of that employee's employment, contrary to Defendants' policies, and was not ratified, confirmed, or approved by Defendants.  Thus, any such actions cannot be attributed or imputed to Defendants.

21.     In addition to the foregoing defenses, Defendants reserve the right to assert any other defenses available upon the completion of discovery.

### III.     PRAYER

Defendants hereby respectfully request that the Court deny all of Plaintiff's claims, that Plaintiff take nothing by this action, that Defendants recover all costs of court and attorneys' fees from Plaintiff, and that Defendants recover any other and further relief to which it is justly entitled.

Respectfully submitted,

By:  /s/ Michael J. DePonte
     Michael J. DePonte, Esq.
     State Bar No. 24001392
     Michael.DePonte@jacksonlewis.com
     Allyson L. Johnson, Esq.
     State Bar No. 24054005
     johnsona@jacksonlewis.com

JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
PH· (214) 520-2400

## CERTIFICATE OF SERVICE

I hereby certify that the above pleading was forwarded to the following counsel of record via facsimile and certified mail, return receipt requested, on the 1st day of August, 2016, as follows:

George P. Andritsos
3116 Montana
El Paso, TX 79903
PH: (915) 566-9995
FX: (915) 566-9996

/s/ Michael J. DePonte
Michael J. DePonte

4813-2689-8741, v. 1